IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

CAROL BOULE,  CV 07-577-MA

       Plaintiff,  JUDGMENT

  v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.

    Based on the record and opinion and order filed herewith, the final decision of the Commissioner is REVERSED and REMANDED for further proceedings.

    IT IS SO ORDERED.

    DATED this _21 day of February, 2008.

                                       /s/  Malcolm F. Marsh
                                       Malcolm F. Marsh
                                       United States District Judge

Page -1- JUDGMENT