

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

Carol Boule
    Plaintiff,

vs.

MICHAEL ASTRUE,
Commissioner of Social Security,
    Defendant.

CV# 07-0577-MA

ORDER

    Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $5767.84 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be paid directly to the plaintiff's attorney. No costs or expenses are awarded.

DATED this __14__ day of __May__, 2008.

Malcolm F. Marsh
United States District Judge